People ex rel. Elman v Maginley-Liddie (2025 NY Slip Op 04838)

People ex rel. Elman v Maginley-Liddie

2025 NY Slip Op 04838

Decided on August 28, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 28, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
DONNA-MARIE E. GOLIA
PHILLIP HOM
SUSAN QUIRK, JJ.

2025-09883

[*1]The People of the State of New York, ex rel. Mitchell C. Elman, on behalf of Miguel Santiago, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Law Offices of Mitchell C. Elman, PC, Great Neck, NY (Mitchell C. Elman pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, and Catherine J. Kim of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Miguel Santiago upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 71218/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BRATHWAITE NELSON, J.P., GOLIA, HOM and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court